IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:04-00019-06

TIMOTHY L. SINGLETON

### MEMORANDUM OPINION AND ORDER

By letter, defendant requested early release from his term of supervised release.  The court has considered Mr. Singleton's background, his performance while on supervised release, and the recommendation of the United States Probation Office.  It has also caused to be conducted a criminal records check which revealed no additional criminal activity.  Accordingly, the court is of the opinion that this is an appropriate case for early termination of supervised release.

It is therefore **ORDERED** that defendant Timothy L. Singleton be released from his term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to counsel of record, to the defendant at 137 Beckwoods Dr., Beckley, West Virginia, 25801, to the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 10th day of September, 2010.

ENTER:

David A. Faber
Senior United States District Judge